# EXHIBIT F



# Invoice

| Date | Invoice # |
|---|---|
| 9/13/2010 | 12541 |

Intelligent Management
Solutions, Inc.
4400 Bayou Blvd., Suite 6
Pensacola, FL 32503

**Bill To**

Fish & Richardson, P.C.
Attn: David M. Barkan
500 Arguello Street, Suite 500
Redwood city, CA 94063

| Terms | Due Date | Project | Client Mgr. | Recruiter | Researcher |
|---|---|---|---|---|---|
| Net 45 | 10/28/2010 | 4972 SanDisk v Phison and Kingston | Neil Hoyt | Donna Gibson | Robert Sullivan |

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Expert Witness Services of Dhaval Brahmbhatt in the matter of SanDisk Corporation v. Phison Electronics Corporation and Kingston Technology Corporation<br><br>For the period of 8/1/10 - 8/31/10 - Please see attached detailed time activity (1/2 of total hours billed) | 119.75 | 480.00 | 57,480.00 |
| Balance of retainer applied | 1 | -7,340.00 | -7,340.00 |

We appreciate your prompt payment.

$50,140.00

New York, NY (917) 952-3361
Denver, CO (303) 290-9500
Pensacola, FL (850) 473-2500
Atlanta, GA (770) 321-5707
Toll Free (877) 838-8464
www.ims-expertservices.com

Wire Payment Information:
Regions Bank, Pensacola, FL 32501
FEI 84-1204705
Account No. 0100851620
Wires: Use Routing (ABA) No. 062005690
ACH: Use Routing (ABA) No. 063104668

**Payments/Credits** $0.00

**Total This Invoice** $50,140.00