IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SANDISK CORPORATION,

                                                                               ORDER

                        Plaintiff,

            v.                                                    10-cv-243-bbc

KINGSTON TECHNOLOGY CO., INC. and
KINGSTON TECHNOLOGY CORP.,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In a previous case between the parties, after the court's order on their motions for summary judgment was issued, the court received a letter pointing out that the summary judgment opinion contained confidential business information regarding the operation of controller chips manufactured by third parties. <u>Sandisk v. Phison</u>, Case No. 07-cv-605-bbc, dkt. #1061. This case also involves the function of third party controllers found in defendants' products, and the order on defendant's motion for summary judgment includes details about these products. Because it appears likely that the information contained in that order may be "sensitive" confidential information that competitors of the third party controller companies do not know, I will seal the summary judgment order until August 22, 2011 and give the parties an opportunity to show why the order should not be unsealed at that time.

ORDER

IT IS ORDERED that

1. The court's order on defendant's motion for summary judgment is SEALED.

2. The parties may have until August 22, 2011 in which to file materials showing why the order should not be unsealed. If the parties fail to submit any such materials or those materials prove unsatisfactory, the summary judgment order will be unsealed.

Entered this 12th day of August, 2011.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge

2