IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SANDISK CORP.,

Plaintiff,                                    JUDGMENT IN A CIVIL CASE

v.                                            Case No. 10-cv-243-bbc

KINGSTON TECHNOLOGY CO., INC.
and KINGSTON TECHNOLOGY CORP.,

Defendants.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants

Kingston Technology Co., Inc. and Kingston Technology Corp., granting their motion for

summary judgment and dismissing plaintiff's claims of infringement.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of

plaintiff SanDisk Corp. dismissing defendants' counterclaims XXIV: Sherman Act Section 1 and

XXV: California Unfair Competition Law.

Approved as to form this 28th day of March, 2012.

Barbara B. Crabb,
District Judge

Peter Oppeneer, Clerk of Court                    Date  3/29/12