IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SANDISK CORP.,

    Plaintiff,

v.

KINGSTON TECHNOLOGY CO., INC.
and KINGSTON TECHNOLOGY CORP.,

    Defendants.

AMENDED JUDGMENT
IN A CIVIL CASE

Case No.: 10-cv-243-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment of non-infringement is entered in favor of defendants Kingston Technology Co., Inc. and Kingston Technology Corp., granting their motion for summary judgment and finding non-infringement of United States Patents Nos. 7,397,713 (Count I); 7,492,660 (Count II); 7,657,702 (Count III); 7,532,511 (Count IV); 7,646,666 (Count V); and 7,646,667 (Count VI).

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff SanDisk Corp. granting SanDisk's motion for summary judgment of defendants' counterclaims XXII (Sherman Act § 2 - monopolization), XXIII (Sherman Act § 2 - attempted monopolization), XXVI (Wis. Stat. § 133.03(2)).

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff SanDisk Corp. on defendants' counterclaims XXIV (Sherman Act Section 1) and XXV (California Unfair Compensation Law).

Approved as to form this __17th__ day of April, 2012.

_Barbara B. Crabb_
Barbara B. Crabb
District Judge

_Peter Oppeneer_                  4/20/12
Peter Oppeneer                    Date
Clerk of Court