NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SANDISK CORPORATION,**
*Plaintiff – Appellant,*

v.

**KINGSTON TECHNOLOGY CORPORATION, KINGSTON TECHNOLOGY COMPANY, INC.,**
*Defendants - Cross-Appellants.*

_____

12-1384,-1421
_____

Appeal from the United States District Court for the Western District of Wisconsin (Madison) in case no. 10-CV-0243 Chief Judge Barbara B. Crabb.

_____

## O R D E R

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

             FOR THE COURT

January 22, 2013      /s/ Jan Horbaly

             Jan Horbaly
             Clerk


**ISSUED AS A MANDATE:   January 22, 2013**


cc: David M. Barkan
David W. Hansen
Donald Bruce Hoffman
Travis Jensen
Leeron G. Kalay
Raoul D. Kennedy
James A. Keyte
Michael H. Menitove
James P. Schaefer
Andrew N. Thomases
Amanda Lee Wait
Christine H. Yang