IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| SanDisk Corporation, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil Action Nos.: 07-cv-605-bbc, |
| | ) | 07-cv-607-bbc, and |
| Kingston Technology Co., Inc., et al., | ) | 10-cv-243-bbc |
| | ) | |
| *Defendants*. | ) | |

## STIPULATION REGARDING PARAGRAPH 19 OF THE PROTECTIVE ORDER AND SANDISK PRODUCED DOCUMENTS

WHEREAS PNY Technologies, Inc. ("PNY") has issued a subpoena to Kingston Technology Co., Inc. ("Kingston") in connection with the case *PNY Technologies, Inc. v. SanDisk Corporation*, CA 3:11-cv-04689, currently pending in the Northern District of California.

WHEREAS PNY's subpoena requests that Kingston produce documents to PNY that were previously produced to Kingston's outside counsel by SanDisk Corporation ("SanDisk") as CONFIDENTIAL BUSINESS INFORMATION pursuant to the Protective Order issued December 11, 2009 in the above-captioned case (the "SanDisk documents").

WHEREAS paragraph 19 of the Protective Order requires that Kingston delete or destroy certain SanDisk documents provided pursuant to the Protective Order by April 22, 2013.

WHEREAS PNY and SanDisk are attempting to resolve issues regarding PNY's request that Kingston produce the SanDisk documents pursuant to PNY's subpoena.

ACCORDINGLY, Kingston and SanDisk agree that Kingston is not required to fulfill paragraph 19 of the Protective Order with regard to the SanDisk documents until PNY and

SanDisk arrive at a resolution regarding the production of the SanDisk documents.  To the extent that PNY and SanDisk are unable to arrive at a resolution, Kingston and SanDisk agree to jointly move the above-listed Court for a ruling on what should be done with the SanDisk documents.

IT IS SO STIPULATED.

Dated:  April 22, 2013              Respectfully submitted,

By:  */s/ David M. Hoffman*
David M. Hoffman
FISH & RICHARDSON P.C.
111 Congress Avenue, Suite 810
Austin, Texas 78701
Tel: 512-226-8154
Fax: 512-320-8935
Email: hoffman@fr.com

**Counsel for Defendants
KINGSTON TECHNOLOGY CO., INC.
AND KINGSTON TECHNOLOGY CORP**


By:  *s/ David W. Hansen (with permission)*
David W. Hansen
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
525 University Ave.
Palo Alto, CA 94301-1908
Tel: 650-470-4560
Fax: 650-798-6513
Email: David.Hansen@skadden.com

**Counsel for Plaintiff
SANDISK CORPORATION**